UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL GLADSTONE,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C05-1152-JLR-MAT<br><br><br><br>~~PROPOSED~~ ORDER |

　　Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be dismissed with prejudice. The final decision of the Commissioner of Social Security is the date of the ALJ's decision; August 28, 2004.

///

Page 1　　　　~~PROPOSED~~ ORDER- [C05-1152-JLR-MAT]

DATED this 31st day of October, 2005.

                                             s/James L. Robart
                                             _____
                                             JAMES L. ROBART
                                             United States District Judge

Recommended for Entry this
 28th  day of  October , 2005.

s/ Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ FRANCO L. BECIA    WSB # 26823
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2114
FAX:  (206) 615-2531
franco.becia@ssa.gov

Page 2            ~~PROPOSED~~ ORDER- [C05-1152-JLR-MAT]